UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk of Court  510-637-3530

August 14, 2014

CASE TITLE: Technology Properties Limited, LLC v. Shuttle, Inc.

CASE NUMBER: 14-cv-03647-KAW

RECEIVED FROM: Eastern District of Texas, Case No. 6:12-cv-00217-MHS

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature: Cynthia J. Lenahan]*

by: Cynthia Lenahan
Case Systems Administrator
510-637-3538