| TO: **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:

(X) Patents or    ( ) Trademarks

| DOCKET NO:<br>14-cv-03647-KAW | DATE FILED:<br>August 12, 2014 | UNITED STATES DISCTRICT COURT<br>Ronald Dellums Federal Building<br>1301 Clay Street, Room 400 South<br>Oakland, CA 94612 |
|---|---|---|
| PLAINTIFF:<br>Technology Properties Limited, LLC | | DEFENDANT:<br>Shuttle, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | See attached complaint and transfer Order |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED         INCLUDED BY:
                      ( ) Amendment         ( ) Answer         ( ) Cross Bill         ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | See attached complaint |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

Richard W. Wieking, Clerk                                          (by) Deputy Clerk, Cynthia Lenahan

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy