**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

RICHARD W. WIEKING                                        PHONE: 510-637-3530
CLERK OF COURT                                            WWW.CAND.USCOURTS.GOV

August 15, 2014

Re:   Technology Properties, Ltd. LLC v. Shuttle, Inc., et al
      Case No. C14-3647 KAW

Dear Counsel/Parties:

  This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction, has not been filed in this case. Plaintiff is requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by August 29, 2014. This form can be found on the Court's website at www.cand.uscourts.gov.

            Sincerely,

            FOR THE COURT,
            Richard W. Wieking, Clerk

           by: _____
            Susan Imbriani
            Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited, LLC,   No. C 14-3647 KAW

       Plaintiff(s),

   v.

Shuttle, Inc., et al,

       Defendant(s).
_____/

**CLERK'S NOTICE:
CONSENT OR DECLINATION TO
MAGISTRATE JUDGE JURISDICITON**

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____        NAME: _____

                                   COUNSEL FOR
                                   (OR "PRO SE"): _____

                                                   _____
                                                    *Signature*