UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,

    Plaintiffs,

vs.

SHUTTLE, INC.,

    Defendant(s).

Case Number: C 14-03647-CW

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE

Hon. Judge Claudia Wilken

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The Court has received the stipulation to dismiss with prejudice Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC's claims against Defendant Shuttle Computer Group Inc. ("Defendant") and to dismiss with prejudice Defendant's counterclaims against Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC.  Good cause appearing, the stipulation is GRANTED.  Accordingly, it is hereby ORDERED that all claims for relief asserted by Plaintiffs against Defendant are dismissed with prejudice, all counterclaims for relief asserted by Defendant against Plaintiffs are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees incurred in the action.

IT IS SO ORDERED

Dated: __05/19/2015_____

_____
CLAUDIA WILKEN
United States District Judge

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO DISMISS WITH PREJUDICE    - 1 -    C 14-03647-CW